# COMPLAINT FORM

(for filers who are prisoners without lawyers)

**FILED**
11/18/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

Triston Jacob Fiscus

vs

(Full name of defendant(s))

Sgt. Matthew Brennan (BCSO)
Officer Micheal Ford (BCSO)
Officer Nicholis Reynolds (LPD)
ET. AL.

Case Number:

1:21-cv-02872-SEB-MPB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __925 East Main Street Danville, IN 46122__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Unknown___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Boone County Sheriff's Office___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On November 15th 2020 I Triston Fiscus was stopped by Lebanon Police officer Nicholis Reynolds on Indiana state road 65. I asked why I was stopped and he did not reply. I gave him my information and I called my girlfriend at the time to tell her I probably wouldn't make it to dinner. Officer Reynolds returned to my truck and stated that I had pissed him off and to get out of the truck. I exited my truck and was slammed against my truck door and cuffed while being cursed at.

I was placed in the LPD cruiser with the heat on high and no windows. While being transported officer Reynolds radioed dispatch. Upon arriving in Boone County jail I was surrounded by officers pulled from the car and placed in a restraint chair. I was taken in given a PBT Test searched and stripped down. I was given a jail uniform and given a phone call, I was fed and put back into the restraint chair where I went into an anxiety attack, Sgt. Brennan and officer Ford entered into the room then Sgt. Brennan applied pressure to my neck/arteries putting me into a siezure. The nurse came in and applied smelling salts to wake me up. Then I was given a shot of haldol and placed in the body WRAP for a while. A day later I posted bond and went home. All events were recorded on jail cameras and body worn cameras.

C.     JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $10,000,000.00

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like an award of Ten Million Dollars from either Boone County or the state of Indiana. Due to the mental and emotional and physical trauma I expirenced through these events, The defamation of my character loss of wages and times. I am asking for my charges in Boone County be dropped as well along with a restraining order against Boone County sheirffs office. I am suing for Ten Million plus Attorney fees. If favorable ruling ensues 25% per week until payed.

E.     **JURY DEMAND**

[✓] Jury Demand – I want a jury to hear my case
                  OR

[ ] Court Trial – I want a judge to hear my case

Dated this __30th__ day of __September__ 20__21__.

Respectfully Submitted,

_____
Signature of Plaintiff

__# 07341__
Plaintiff's Prisoner ID Number

__Hendricks county Jail PO Box #87__
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.